U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 19 2015

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-MJ- 513 |
| DESHAWN MAURICE MOFFETT | |

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about November 18, 2015, in Tarrant County, in the Fort Worth Division of the Northern District of Texas, the defendant, **Deshawn Maurice Moffett**, did intentionally and knowingly by force, violence and intimidation take from the person and presence of K.D., money belonging to and in the care, custody, control, management and possession of a bank, that is, Bank of America, 5701 Colleyville Boulevard, Colleyville, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

**In violation of 18 U.S.C. § 2113(a), Bank Robbery.**

I, Michael S. Baggott, further state that I am a detective with the Fort Worth Police Department (FWPD) and I am currently assigned as a task force officer with the Federal Bureau of Investigation (FBI), Fort Worth, Texas, and that this Complaint is based upon the following facts:

1. I have been employed as an officer with the Fort Worth Police Department since 1986, assigned as a Detective since 1994, and I am currently assigned to investigate violations of 18 U.S.C. § 2113(a), relating to Bank Robbery. The information contained in this affidavit is from my personal knowledge of the within described investigation and from individuals as reported to me.

2. On November 18, 2015, at approximately 11:37 a.m., K.D. was staffing a teller position at the Bank of America, 5701 Colleyville Boulevard, Colleyville, Texas. K.D. assisted a customer and noticed two more people were in line. The second person in line was a black male subject, hereinafter referred to as the robber, who was wearing a dark gray, beanie style hat. The robber also wore a gray, long sleeve sweater and blue jeans. He was also wearing black framed, eyeglasses.

3. K.D. finished with her customer and called the next person forward, which turned out to be the robber. The robber placed a handwritten note onto the counter in front of K.D. The note read as follows: "I am armed and I will hurt someone. Give me all the money now." The robber began whispering to K.D. "Give me all the money and put it in a bag." K.D. asked him "What bag?" since he had not given her one. The robber said, "Just give it to me."

4. K.D. emptied the cash from her top drawer and placed it in front of the robber who demanded more money. K.D. opened her bottom drawer and removed several straps of cash and handed them over to the robber. Among the straps was an electronic tracking device. The robber scooped up the money, including the device, and left the bank, leaving a twenty-dollar bill behind on the counter.

5. The robber fled the bank, entered a vehicle, and drove away south on Colleyville Boulevard. The device began reporting its location to the local police department and officers moved to intercept the robber's vehicle. Colleyville Police Officers located the robber's vehicle, a gray 2014 Chevrolet Arcadia, and attempted to stop the vehicle. Despite the police cars red/blue lights and sirens, the robber refused to pull over.

6. The robber fled from the police through the cities of Colleyville, Euless and Grand Prairie. The pursuit, at times, exceeded the speed limit, and consisted of instances of wrong way and off-road driving. As the vehicle passed through Grand Prairie, a police officer used "stop sticks" to flatten the front left tire of the robber's vehicle. The vehicle eventually came to a stop in the 700 block of SE Green Oaks Blvd, in Arlington. The robber refused to exit his vehicle and an FBI negotiator who was on the scene began talking with the robber. The robber identified himself as **Deshawn Moffett**. After a tense negotiation that lasted two or more hours, **Moffett** finally surrendered and was taken into custody. **Moffett** was wearing a blue long sleeve dress shirt, over a gray t-shirt, under which was a blue t-shirt. He also wore blue jeans over a pair of blue gym shorts. The arresting officers could see in plain view, on the front seat of the car, a large sum of cash and several items of clothing.

7. **Moffett** was taken to the Arlington City Jail where he was interviewed by your Special Agent Edward Quintana and me. The interview was recorded and **Moffett** was read his rights from a standard Advice of Rights form. **Moffett** said that he understood his rights and agreed to speak to the police without a lawyer present. During the interview **Moffett** confessed to committing the robbery.

8. **Moffett** described the victim teller as a "blonde, white girl" which is consistence with K.D.'s basic appearance, and does not describe any other employee in the bank at the time of the robbery. **Moffett** also said that he had been wearing a gray beanie and glasses during the robbery.

**Complaint – Page 2**

9. **Moffett**'s vehicle was towed to the Arlington Police Department (APD) and an inventory search was conducted in accordance with APD policy. The vehicle had not been inventoried at the scene because it had been stopped in a busy thoroughfare near a middle school and heavy traffic was anticipated. The inventory search was conducted by Daniel Rhodes, APD Crime Scene Investigator. During the inventory the following items were found: $10,310.00 in US currency; a gray, long sleeve sweater; and a dark gray beanie. Also found was the tracking device hidden among the stolen currency.

10. During interviews at the bank, I was informed that the loss to the bank, including the twenty-dollar bill dropped by the robber, was $10,350.00. Bank personnel advised that Bank of America is insured by the Federal Deposit Insurance Corporation as evidenced by certificate number 3510, dated January 1, 1934.

11. Based upon the aforementioned facts, I believe that on November 18, 2015, in the Fort Worth Division of the Northern District of Texas, **Deshawn Maurice Moffett** committed the offense of Bank Robbery in violation of 18 U.S.C. § 2113(a).

_____
Detective Michael S. Baggott
FWPD/FBI Safe Streets Task Force

Sworn to before me and subscribed in my presence, 19th day of November, 2015, at 11:14 a.m./p.m. in Fort Worth, Texas.

_____
Jeffrey L. Cureton
United States Magistrate Judge

**Complaint – Page 3**